UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and DIRECT DIGITAL, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALIIE LLC, a Florida limited liability company; AXEL ROJAS, an individual; FROZEN ORANGES LLC, a Florida limited liability company; KAMILA KRUSZELNICKA, an individual; GEORGE PINCHUCK, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:25-cv-02275-RSM<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO EXTEND RULE 26 DEADLINES** |

THIS MATTER came before the Court on the Plaintiffs' *Ex Parte* Motion for Extension of Initial Case Deadlines, and the Court having considered the Motion, and finding good cause therefore, the Court ORDERS:

That the deadlines set by the Court's February 11, 2026, Minute Order are extended as follows:

ORDER GRANTING MOTION FOR
EXTENSION OF INITIAL CASE DEADLINES - 1

| **Deadline** | **Date** |
|---|---|
| Deadline for FRCP 26(f) Conference | May 21, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 28, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | June 4, 2026 |

SO ORDERED this 29th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
EXTENSION OF INITIAL CASE DEADLINES - 2